Opinion issued March 13, 2003










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-03-00096-CV

____________


IN RE TED MCCOLLOM, JR. AND MCCOLLUM INTERESTS, L.L.C.,
Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relators, Ted McCollom, Jr. and McCollum Interests, L.L.C., have filed a
petition of writ of mandamus complaining of Judge Martha Hill Jamison's (1) December
9, 2002 order denying relators' motion to compel discovery. We have previously
denied relators' motion for emergency stay, and relators have filed a motion for
reconsideration of that ruling.

 We deny the petition for writ of mandamus and the motion for reconsideration.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.
1. The Honorable Martha Hill Jamison, judge of 164th District Court of Harris
County, Texas. The underlying lawsuit is McCollom v. City of Seabrook, No. 2001-51220 (164th Dist. Ct., Harris County, Tex.).